**CAJUN CONTI LLC, CAJUN CUISINE 1 LLC, AND CAJUN CUISINE LLC D/B/A OCEANA GRILL**

**VERSUS**

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND GOVERNOR JOHN B. EDWARDS IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF LOUISIANA, AND THE STATE OF LOUISIANA**

\*      **NO. 2021-CA-0343**

\*      **COURT OF APPEAL**

\*      **FOURTH CIRCUIT**

\*      **STATE OF LOUISIANA**

\*

\*

\* \* \* \* \* \* \*

**JFM**

**MCKAY, J., PRO TEMPORE, CONCURS IN RESULT**